IN THE CIRCUIT COURT OF YAZOO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS

CAUSE: 20-2341

PHILIP TURNER

DEFENDANT

## INDICTMENT

THE GRAND JURORS of the State of Mississippi, taken from the body of the good and lawful men and women of Yazoo County, Mississippi, being duly selected, empaneled, sworn and charged in the Circuit Court of Yazoo County, Mississippi, upon their oaths, present that

## ACCESSORY AFTER THE FACT

PHILIP TURNER, did, between the 30TH day of August and September 5, 2019, in Yazoo County, Mississippi, did conceal, receive, or relieve a felon, or having aided or assisted any felon, knowing that the person had committed a felony, child abuse, with intent to enable the felon, Samuel Carter, to escape or to avoid arrest, trial, conviction or punishment after the commission of the felony in violation of Mississippi Code 97-1-5 (1972), as amended, against the peace and dignity of the State of Mississippi.

A TRUE BILL

_____  
GRAND JURY FOREMAN

_____  
ATTORNEY FOR THE STATE

Filed: Jan. 31, 2020  
ROBERT COLEMAN, Circuit Clerk  
BY: _____

Recorded: Jan. 31, 2020  
ROBERT COLEMAN, Circuit Clerk  
BY: _____

STATE OF MISS., YAZOO CO.  
CERTIFIED A TRUE COPY  
JAN 3 1 2020  
ROBERT COLEMAN, CIRCUIT CLERK  
BY: _____ D.C.

EXHIBIT  
A