Electronic Document      Jun 30 2020 14:39:10         2020-M-00589-SCT        Pages: 1

Serial: 232470

# IN THE SUPREME COURT OF MISSISSIPPI

No. 2020-M-00589-SCT

**STATE OF MISSISSIPPI**                                                                 *Petitioner*

v.

**PHILIP TURNER**                                                                        *Respondent*

## ORDER

Before the panel of Kitchens, P.J., Maxwell and Beam, JJ., are the State of Mississippi's Petition for Interlocutory Appeal, and Philip Turner's Answer in Opposition to Petition for Interlocutory Appeal. Also before the panel are the State of Mississippi's Petition for Stay of Trial Court Proceedings During Interlocutory Appeal, and Philip Turner's Response in Opposition to Petition for Stay of Trial Proceedings During Interlocutory Appeal. After due consideration, the panel finds the State's Petition for Interlocutory Appeal should be denied.

IT IS THEREFORE ORDERED that the State of Mississippi's Petition for Interlocutory Appeal is hereby denied.

IT IS FURTHER ORDERED that the State of Mississippi's Petition for Stay of Trial Proceedings During Interlocutory Appeal is dismissed as moot.

SO ORDERED.

DIGITAL SIGNATURE
Order#: 232470
Sig Serial: 100002061
Org: SC
Date: 06/30/2020

_____
James W. Kitchens, Presiding Justice


EXHIBIT C