## IN THE CIRCUIT COURT OF YAZOO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI                                                                          PLAINTIFF

VS.                                             CAUSE NO. 20-2341

PHILIP TURNER                                                               DEFENDANT

### MOTION TO NOLLE PROSEQUI INDICTMENT

**COMES NOW,** the State of Mississippi and enters its motion to *nolle prosequi* with prejudice the indictment filed against the Defendant referenced above, subject to approval by the Court, and in support of said Motion offers the following:

Upon further investigation, there is insufficient evidence to support the charge.

**WHEREFORE, PREMISES CONSIDERED,** the State respectfully moves the Court to *nolle prosequi* the indictment with prejudice in this cause.

Respectfully submitted, this the 14th day of October, 2020.

                                                            LYNN FITCH
                                                            Attorney General of Mississippi

                                                            BY: /s/ Jackie R. Bost, II
                                                            JACKIE R. BOST, II
                                                            Special Assistant Attorney General

Jackie R. Bost, II (MSB No. 102909)
Office of the Attorney General
State of Mississippi
550 High St., Ste. 1100
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601)359-3680
Fax: (601)359-4254
jackie.bost@ago.ms.gov


EXHIBIT D

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, filed the foregoing document via the Court's electronic filing system, which forwarded an electronic copy to all counsel of record.

This, the 14th day of October, 2020.

/s/ Jackie R. Bost, II
JACKIE R. BOST, II

IN THE CIRCUIT COURT OF YAZOO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI                                            PLAINTIFF

VS.                                                    CAUSE NO. 20-2341

PHILIP TURNER                                                   DEFENDANT

### ORDER

THIS CAUSE having come on for hearing on the State's Motion to Nolle Prosequi Indictment with prejudice filed herein, and the Court, finding same to be reasonable, approves the entry thereof.

SO ORDERED, this the __15__ day of October, 2020.

_____Barry W. Ford_____
CIRCUIT JUDGE

Prepared by:
Jackie R. Bost, II (MSB No. 102909)
Office of the Attorney General
State of Mississippi
550 High St., Ste. 1100
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601)359-3680
Fax: (601)359-4254
jackie.bost@ago.ms.gov